

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, N.Y. 11201*

September 26, 2013

Mary Ann Betts
United States Probation Officer
Eastern District of New York

    Re: United States v. Arvy Ebrahime
        Criminal Docket No. 11-486 (DLI)

Dear Ms. Betts:

    The government respectfully submits this letter pursuant to Fed. R. Crim. P. 32(f) to advise the Probation Department of the government's proposed corrections in the Presentence Investigation Report ("PSR") for the above-referenced defendant.

    With respect to the list of related defendants pending before the Honorable Dora L. Irizarry (PSR page 3), the government hereby advises the Probation Department that defendant Carlos Alvarez was sentenced to 30 months' custody and 3 years' supervised release; and defendant Hasan Kurti was sentenced to 30 months' custody and 3 years' supervised release.

    As to paragraph 150, there is a small typo in the first sentence, "field" should be spelled "filed."

    The government has no other objections to the PSR at this time.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

    By: __/s/_____
        Gina M. Parlovecchio
        Assistant United States Attorney
        (718) 254-6228

cc: Aymen Aboushi, Esq. (by ECF)
    The Honorable Dora L. Irizarry (by ECF and Hand)