# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018
264 Lakeview Avenue, Clifton, NJ 07011

Tel:  212.391.8500              Fax: 212.391.8508              www.Aboushi.com

September 27, 2013

Honorable Dora L. Irizarry
U. S. District Court for the Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Via: ECF

Re:     United States vs. Arvy Ebrahime
        11 Cr. 486 (DLI)

Dear Judge Irizarry:

    I represent Defendant Arvy Ebrahime in the above captioned matter. I write to request a brief adjournment of the Defendant's sentence date, currently scheduled for October 28, 2013, as I am unavailable on that date. The government consents to this request.  I am available November 20th, 21st, and 22nd.  Thank you for your consideration.

    Respectfully submitted,
    s/Aymen A. Aboushi
    Aymen A. Aboushi, Esq.

Cc: Opposing counsel via ECF