U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Ebrahime, Avry | | |
| **Presiding Judge:** | **Date of Hearing:** | **Type of Hearing:** |
| Honorable Dora L. Irizarry | November 20, 2013 | Sentencing |
| **Docket Number:** | **Date of Initial Appearance:** | **Date of Release:** |
| 11CR486 | July 13, 2011 | July 13, 2011 |

### SUMMARY OF RELEASE INFORMATION:

The defendant was arrested by DEA agents on July 13, 2011, and charged with Conspiracy with Intent to Distribute Narcotics, in violation of 21 U.S.C. 841. The defendant appeared in this District on the same date before former U.S. Magistrate Judge Andrew L. Carter and released on a $400,000 bond secured by property with the following conditions: report to Pretrial Services as directed; surrender passport and do not reapply; no contact with co-defendants except in the presence of counsel, random home / employment visits; and travel restricted to the Eastern and Southern Districts of New York.

### COMPLIANCE WITH RELEASE CONDITIONS:

Due to the defendant's residence in White Plains, New York, courtesy supervision has been conducted by the Southern District of New York. The defendant has been compliant throughout the Pretrial Services supervision period. The defendant reports as directed and provides all requested documentation.

### UPDATED SOCIAL INFORMATION:

The defendant has maintained residence at 300 Mamaroneck Avenue, Apt. #B25, White Plains, New York 10605 since his bail release. The Southern District of New York advised no unusual activity was noted during random home visits. The defendant is employed by Tom, Dick & Harry Sneakers located at 1934 3rd Avenue, New York, NY 10029.

### VERIFICATION OF COMMUNITY TIES:

The Southern District of New York advised the defendant's address was verified through home contacts and documentation.

### ADJUSTMENT TO SUPERVISION:

The Southern District of New York reported the defendant's adjustment to Pretrial Services supervision has been satisfactory.

**CRIMINAL RECORD CHECK:**

The most recent criminal record check was conducted on November 8, 2013, and shows no new arrests, outstanding warrants, nor pending criminal action.

**REASSESSMENT OF RISKS:**

*Risks of Non-Appearance:*

1. Nature of the offense charged.

*Risks of Danger:*

1. There are no known factors that indicate the defendant poses a risk of danger to the community.

**CONDITIONS TO CONSIDER AT SENTENCING:**

Due to the defendant's overall compliance under Pretrial Services supervision, it is Pretrial Services' recommendation that the defendant be considered a candidate for voluntary surrender should a term of custody be imposed.

**REQUEST TO MODIFY CONDITIONS OF RELEASE:**
None.

Submitted by:

Erin J. Rodriguez

U.S. Pretrial Services Technician

Approved by:

Desiree Melendez

U.S. Pretrial Services Officer Specialist

Date:     November 8, 2013